UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

TONYA FRANCIS, et. al.,

              Plaintiff(s),              CASE  NO.: 2:05-CV-74038-DT

vs.                                    HON. MARIANNE O. BATTANI
                                    MAG. JUDGE WALLACE CAPEL, JR.

JON S. BILSTROM, et. al.,

              Defendant(s).

_____/

## ORDER GRANTING NON-PARTY
## THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM
## MOTION TO INTERVENE

This matter is before the Court on the Non-Party, The Board of Governors Of The Federal Reserve System's " Motion To Intervene And In Opposition To Plaintiffs' Motion To Compel," filed  on October 26, 2006, [D/E #43].  In support of its motion, the Board of Governors of the Federal Reserve System "The Board"  are seeking to intervene for the limited purpose of opposing the Plaintiffs' motion to compel production of documents which was initially heard before the Court on October 16, 2006.  The proposed intervenors state that the confidential supervisory information being sought by Plaintiffs is the property of the "Board" and that before providing such information to a party in litigation, the Defendant Comerica must notify the "Board" and given them an opportunity to intervene and protect any interest that they may have in connection with the documents.

Having considered the motion, and good cause having been shown,  the motion to intervene is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the intervening party shall appear before the Court on

**NOVEMBER 1, 2006, at 10:00 a.m.** for the continued hearing on the Plaintiffs' motion to compel.

**IT IS SO ORDERED.**

The parties are hereby informed that any objection to this order must be filed with the district

court within 10 days after service, pursuant to Rule 72(a), Federal Rules of Civil Procedure.

**DATED:** October 27, 2006         s/ Wallace Capel, Jr.
                                       **WALLACE CAPEL, JR.**
                                       **United States Magistrate Judge**

### CERTIFICATE OF SERVICE

I hereby certify that on **October 27, 2006 ,** I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send electronic notification of such filing to the following: Barry D. Adler, Ellen E. Christensen, Todd A. Holleman, Ronen Sarraf, Carl H. vonEnde, and  I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participant(s) Yvonne F. Mizusawa, Board of Governors of the Federal Reserve System, 20th & C Streets, N.W., Washington, D.C. 20551 (and by FAX: 202-736-5615)

                                       s/James P. Peltier
                                       James P. Peltier
                                       Courtroom Deputy Clerk
                                       U.S. District Court
                                       600 Church St.
                                       Flint, MI 48502
                                       810-341-7850
                                       pete_peltier@mied.uscourts.gov